No. 01–10177. PRESTON *v.* SOUTH CAROLINA. Ct. App. S. C. Certiorari denied.

No. 01–10178. MONK *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 01–10180. ISSAC *v.* VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–10184. WARFIELD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–10186. YOUNG *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10188. WINCHESTER *v.* DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–10189. WASHINGTON *v.* RAY, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 01–10190. BUTCHER *v.* LAVIGNE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–10193. HALL *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 01–10195. MORRIS *v.* PUSHART ET AL. C. A. 3d Cir. Certiorari denied. 

No. 01–10196. ANGEL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–10205. STAFFORD *v.* LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 01–10207. LOFTEN *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.